IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY CASTRO,                                    No. C -14-01796 EDL

          Plaintiff,                           **ORDER**

    v.

CITY OF UNION CITY ET AL,

          Defendant.
_____/

     Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, filed on April 18, 2014, to the Honorable Judge Maria-Elena James to consider whether this case is related to Castro v. City of Union City, et al., C-14-272 MEJ.  Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

    **IT IS SO ORDERED.**

Dated: May ___, 2014

                             ELIZABETH D. LAPORTE
                             United States Magistrate Judge

United States District Court
For the Northern District of California