UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY CASTRO,

    Plaintiff,

  v.

CITY OF UNION CITY, et al.,

    Defendants.

Case No. 14-cv-01796-MEJ

**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

On May 1, 2014, the Clerk of Court issued a Notice directing Plaintiff Gary Castro to file either a consent to magistrate judge jurisdiction or request for reassignment to a district court judge. Dkt. No. 9. Plaintiff has failed to respond.

This civil case has been assigned to the undersigned United States Magistrate Judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge Maria-Elena James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

As Plaintiff has not filed a written consent to the undersigned's jurisdiction, the Court ORDERS Plaintiff to file either the attached consent form or the request for reassignment form by May 22, 2014.

**IT IS SO ORDERED.**

Dated: May 14, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY CASTRO,

        Plaintiff(s),

  v.

CITY OF UNION CITY, ET AL.,

        Defendant(s).

No. C 14-01796 MEJ

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICITON**

INSTRUCTIONS: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    ( )    **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
    **OR**

    ( )    **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), **I decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _

NAME:

COUNSEL FOR
(OR "PRO SE"):

*Signature*

2