IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CASTRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF UNION CITY,<br><br>　　　　Defendants.<br>_____/ | No. C-14-1796 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPY OF SPECIFIED FILINGS** |

On May 16, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, defendants are hereby DIRECTED to submit forthwith a chambers copy of (a) the notice of removal, filed April 18, 2014, and (b) the motion to dismiss, filed April 25, 2014.

**IT IS SO ORDERED.**


Dated: June 10, 2014

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge